FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

February 02, 2015 IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2015 FEB -4 AM 11: 24

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

Catherine Denise Randolph, - Pro se
4232 Shamrock Ave
Baltimore Maryland 21206
*(Full name and address of the plaintiff)*
Plaintiff(s)

JKB15CV0314

vs.                              *       Civil No.:_____
                                         *(Leave blank. To be filled in by Court.)*

US Attorney General
Eric Holder JR., et al            *
Department of Justice
950 Pennsylvania Ave              *
Washington DC 20530
*(Full name and address of the defendant(s))*
Defendant(s)                      *

******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☒ Other (explain) I am entitled to my privacy at all times please Uphold my Constitutional rights and grant my relief good cause; punitive damages distress, loss wages – loss time (false arrest) dignity harm, misappropriation and disclosure

2. The facts of this case are: Federal jurisdiction:

Uphold rule 302

US constitutional rights violated

I am filing a claim because my need my relief grant for good cause. The relief needs to be granted due to ongoing public disclosure 8½ years; including false imprisonment (criminal cases #506069025 and #506069026 pending untimely 6 years) case disposition; dismissed (thrown out - no evidence - No convictions. Loss wages - loss time cause of criminal cases pending 6 years unconstitutional Infliction of mental distress - dignity harm - currently publicity 24/7 everywhere I go by unlawful surveillance hackers (4234 Shamrock Ave) illegal broadcasting home business - stop cyber threats extortion by written and verbal - photo images violated Federal Wiretap Statute prohibit advertising 18 USC 2512 please forfeit devices from government security surveillance system 18 USC 2513. Please consider to grant my relief punitive damages; misappropriation leads to identity theft. I need my privacy restored. I am an innocent suffering victim - mental distress and ongoing public disclosure - unconstitutional

Uphold maryland criminal Rule 1-201
criminal Law
3-706
3-705

Complaint (Rev. 12/2000)

February Case 1:15-cv-00314-JKB   Document 1   Filed 02/04/15   Page 3 of 3

3. The relief I want the court to order is:

☒ Damages in the amount of: $3 Billion dollars

☒ An injunction ordering: Permanant Injunction (peace order) Forfeit unlawful surveillance (devices) from government Surveillance database

☒ Other (explain): Prohibited interception (wiretap) with advertising – public corruption Violated 18 USC 2512  18 USC 2513  (4th Amendment 5th amendment

February 04, 2015
(Date)

Cath Randy
(Signature)

Catherine Denise Randolph
4232 Shamrock Avenue
Baltimore MD 21206
443 635-4746
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

Complaint (Rev. 12/2000)            3